1  KROLOFF, BELCHER, SMART,
   PERRY & CHRISTOPHERSON
2  Velma K. Lim (SBN 111006)
   vlim@kroloff.com
3  Jamie M. Bossuat (SBN 267458)
   jbossuat@kroloff.com
4  7540 Shoreline Drive
   Stockton, CA 95219
5  Telephone:  (209) 478-2000
   Facsimile:   (209) 478-0354
6
   Attorneys for Defendant
7  HUNG THANH TRAN

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 | SCOTT JOHNSON,               | Case No. 2:14-CV-02437-WBS-EFB

12 |         Plaintiffs,          | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING AND ORDER**

13 | vs.

14 | HUNG THANH TRAN; and DOES 1-10,

15 |         Defendants.

16
        IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendant
17
   Hung Thanh Tran, through their respective attorneys that the deadline for defendant Hung Thanh Tran
18
   to file a responsive pleading shall be extended by thirty (30) days to December 25, 2014.
19
   Dated:  November _24__, 2014          CENTER FOR DISABILITY ACCESS
20

21
                                          ___/s/_____
22                                        PHYL GRACE
                                          Attorneys for Plaintiff
23                                        SCOTT JOHNSON

24
   Dated:  November 21, 2014             KROLOFF, BELCHER, SMART,
25                                        PERRY & CHRISTOPHERSON

26                                        //s//*Velma K. Lim*

27                                        _____
                                          VELMA K. LIM
28                                        Attorneys for Defendant
                                          HUNG THANH TRAN

---

STIPULATION TO EXTEND TIME FOR          - 1 -           CASE NO. 2:14-CV-02437-WBS-EFB
DEFENDANT TO FILE A RESONSIVE PLEADING

1 **ORDER**

2 Upon consideration of the foregoing stipulation between the parties, and good cause appearing,

3 IT IS SO ORDERED.

4

5 Dated: November 25, 2014

6 _____
WILLIAM B. SHUBB
7 UNITED STATES DISTRICT JUDGE