KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Velma K. Lim (SBN 111006)
vlim@kroloff.com
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
7540 Shoreline Drive
Stockton, CA 95219
Telephone: (209) 478-2000
Facsimile: (209) 478-0354

Attorneys for Defendant
HUNG THANH TRAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>vs.<br><br>HUNG THANH TRAN, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 2:14-CV-02437-WBS-EFB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendant Hung Thanh Tran, through their respective attorneys, that the deadline for Hung Thanh Tran to file a responsive pleading shall be extended by two weeks to January 10, 2015. The parties previously stipulated to a thirty (30) day time extension to December 25, within which defendant may file a responsive pleading (Doc. 5). Good cause exists for the additional time extension due to the holidays and to allow the parties to address potential resolution on an informal basis.

Dated: December 24, 2014        CENTER FOR DISABILITY ACCESS

                                 /s/
                                PHYL GRACE
                                Attorneys for Plaintiff
                                SCOTT JOHNSON

Dated:  December 24, 2014    KROLOFF, BELCHER, SMART,
                             PERRY & CHRISTOPHERSON


                             /s/_____
                             VELMA K. LIM
                             Attorneys for Defendant
                             HUNG THANH TRAN


### **ORDER**

Upon consideration of foregoing stipulation between the parties, and good cause appearing,

IT IS SO ORDERED.

**Dated:  December 30, 2014**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

\\kroloff-dc01\wpdata\VKL\TRAN\JOHNSON v. TRAN\PLEADING\STIP TO EXTEND TIME TO FILE A RESPONSIVE PLEADING.docx (VL)

---

STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING AND ORDER         - 2 -         CASE NO. 2:14-CV-02437-WBS-EFB