KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Velma K. Lim (SBN 111006)
vlim@kroloff.com
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
7540 Shoreline Drive
Stockton, CA 95219
Telephone:  (209) 478-2000
Facsimile:   (209) 478-0354

Attorneys for Defendant
HUNG THANH TRAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT JOHNSON,<br><br>         Plaintiff,<br><br>vs.<br><br>HUNG THANH TRAN, and DOES 1-10, inclusive,<br><br>         Defendants. | Case No. 2:14-CV-02437-WBS-EFB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendant Hung Thanh Tran, through their respective attorneys, that the deadline for Hung Thanh Tran to file a responsive pleading shall be extended by two weeks to January 23, 2015.   The parties previously stipulated to 30 day extension of time to December 25, 2014 [Doc. 5], and an additional two week time extension to January 10, 2015 [Doc. 7], within which defendant may file a responsive pleading.  Good cause exists for the additional time extension to allow the parties to address potential resolution on an informal basis.

Dated:  January 9, 2015                    CENTER FOR DISABILITY ACCESS

//s// *Phyl Grace*
_____
PHYL GRACE
Attorneys for Plaintiff
SCOTT JOHNSON

Dated:  January 9, 2015

KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON

//s// *Velma K. Lim*

_____
VELMA K. LIM
Attorneys for Defendant
HUNG THANH TRAN


**ORDER**

Upon consideration of foregoing stipulation between the parties, and good cause appearing,

IT IS SO ORDERED.


Dated:  January 12, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

\\kroloff-dc01\wpdata\VKL\TRAN\JOHNSON v. TRAN\PLEADING\STIP TO EXTEND TIME TO FILE A RESPONSIVE PLEADING.docx (VL)