UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

HUNG THANH TRAN; and Does 1-10,

    Defendants.

Case No.: 2:14-CV-02437-WBS-EFB

**ORDER**

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal no later than July 31, 2015, or a Joint Status Report by that date if settlement has not been finalized. A Status Conference is set for August 17, 2015 at 2:00 p.m. pending submission of the disposition documents.

**IT IS SO ORDERED.**

**Dated: June 1, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE