UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>HUNG THANH TRAN; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-02437-WBS-EFB<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 10, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal          Case: 2:14-CV-02437-WBS-EFB